## LILLIE HIRT V. THE STATE.

No. 9975.   Delivered March 10, 1926.

**Manslaughter—Appeal Dismissed—On Request of Appellant.**

The appellant having filed his request duly verified under oath, that his appeal be dismissed, in compliance therewith it is so ordered.

Appeal from the District Court of Callahan County. Tried below before the Hon. W. R. Ely, Judge.

Appeal from a conviction of manslaughter, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for manslaughter with punishment assessed at two years in the penitentiary.

Appellant files request under oath that the appeal in this case be dismissed.

In compliance therewith it is accordingly so ordered.

*Dismissed.*